UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
_____

Nos. 11-4359/11-4494/12-1034
_____

UNITED STATES OF AMERICA
v.
ALBERT SAVANI, aka Pops,
　　　　　　　　　　Appellant in No. 11-4359

UNITED STATES OF AMERICA
v.
SEAN HERBERT, a/k/a Bounty SEAN HERBERT,
　　　　　　　　　　Appellant in No. 11-4494

UNITED STATES OF AMERICA
v.
RICHARD ROE,
　　　　　　　　　　Appellant in No. 12-1034
_____

On Appeal from the United States District Court
for the Middle District and the Eastern District
of Pennsylvania
(D. C. Nos. 3-07-cr-00393-001; 3-06-cr-00283-001;
2-07-cr-00283-001)
District Judges: Honorable Michael M. Baylson,
Honorable Thomas I. Vanaskie and Honorable James M. Munley

**ORDER**

　　At the direction of the Court, it is hereby ORDERED that the opinion and judgment entered April 24, 2013 is hereby VACATED and a revised opinion and judgment shall be entered.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: May 6, 2013
Pdb/cc: All Counsel of Record